Matthew Mellen  (SBN 233350)
Sarah Shapero (SBN: 281748)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:  (650) 638-0120
Facsimile:  (650) 638-0125

Attorneys for Plaintiff,
LINDA GATSON

ERIC D. HOUSER (SBN 130079)
JASON K. BOSS (SBN 228147)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California  92618
Phone: (949) 679-1111
Fax: (949) 679-1112
Email: jboss@houser-law.com

Attorneys for Defendant Ocwen Loan Servicing, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA GATSON, an individual, | Case No: 3:14-CV-04161-JST |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND MEDIATION COMPLETION DATE; PROPOSED ORDER** |
| OCWEN LOAN SERVICING, LLC; and Does 1 through 100, inclusive; | |
| Defendants. | Complaint Filed: September 15, 2014<br>Trial Date:         April 4, 2016 |

_____
**Joint Stipulation**
**1**

## RECITALS

Plaintiff LINDA GATSON and Defendant OCWEN LOAN SERVICING, LLC (collectively, the "Parties") by and through their respective counsel of record, and subject to the Court's approval, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed their Complaint in this action on September 15, 2014;

WHEREAS, on February 9, 2015, the Court referred the case to mediation with a mediation completion date of September 15, 2015;

WHEREAS, on May 5, 2015, Gilda R. Turitz was appointed to serve as the Parties' mediator;

WHEREAS, on May 14, 2015, the Parties engaged in a pre-mediation call with Ms. Turitz to discuss mediation dates and the prospects of settling this matter prior to mediation;

WHEREAS all Parties, and Ms. Turitz agreed, that it was in the best interest of the Parties to attempt an informal resolution of this matter prior to mediation and, therefore, to schedule mediation for September 2015;

WHEREAS, mediation was scheduled in this action for September 29, 2015 to accommodate all Parties and Ms. Turitz' schedules;

WHEREAS, the Parties agree that an extension of the mediation compliance date would allow the Parties to facilitate an expeditious resolution of this dispute; and

WHEREAS, the extension of the mediation compliance date, from September 15, 2015 to September 29, 2015 is not requested for purposes of delay and will not result in any prejudice.

///

///

///

///

///

**STIPULATION**

IT IS THEREFORE STIPULATION AND AGREED, by and among the Parties, and subject to the approval of the Court, that:

1. The mediation completion date in this matter be extended to September 29, 2015.

                                                Respectfully Submitted,

DATED: May 14, 2015                **MELLEN LAW FIRM**

                                                /s/ Sarah Shapero
                                                Sarah Shapero
                                                Attorneys for Plaintiff
                                                Linda Gatson

DATED: May 14, 2015                **HOUSER & ALLISON**

                                                /s/
                                                Jason K. Boss
                                                Attorneys for Defendant
                                                Ocwen Loan Servicing, LLC

**~~PROPOSED~~ ORDER**

Having reviewed the above stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

DATED: May 15, 2015

_____
Hon. Jon S. Tigar
United States District Judge

IT IS SO ORDERED
Judge Jon S. Tigar