1   Matthew Mellen  (SBN 233350)
    Sarah Shapero (SBN: 281748)
2   MELLEN LAW FIRM
    411 Borel Avenue, Suite 230
3   San Mateo, California 94402
    Telephone:  (650) 638-0120
4   Facsimile:  (650) 638-0125

5
    Attorneys for Plaintiff,
6   LINDA GATSON

7
    ERIC D. HOUSER (SBN 130079)
8   JASON K. BOSS (SBN 228147)
    HOUSER & ALLISON
9   A Professional Corporation
    9970 Research Drive
10  Irvine, California  92618
    Phone: (949) 679-1111
11  Fax: (949) 679-1112
    Email: jboss@houser-law.com
12
    Attorneys for Defendant Ocwen Loan Servicing, LLC
13

14               **UNITED STATES DISTRICT COURT**

15             **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 16  LINDA GATSON, an individual, | Case No: 3:14-CV-04161-JST |
| 17         Plaintiff, | |
| 18     vs. | **STIPULATION TO CONTINUE** |
| 19  OCWEN LOAN SERVICING, LLC; and | **TRIAL RELATED DEADLINES AND** |
|      Does 1 through 100, inclusive; | **MEDIATION COMPLETION DATE;** |
| 20 | ~~**PROPOSED ORDER**~~ |
| 21        Defendants. | Complaint Filed:  September 15, 2014 |
| 22 | Trial Date:         April 4, 2016 |

23

24

25

26

27

28

## RECITALS

Plaintiff LINDA GATSON and Defendant OCWEN LOAN SERVICING, LLC (collectively, the "Parties") by and through their respective counsel of record, and subject to the Court's approval, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed their Complaint in this action on September 15, 2014;

WHEREAS, this case was referred to mediation with a mediation completion date, initially of September 15, 2015 and then moved to September 29, 2015;

WHEREAS, on September 22, 2015, the Parties engaged in a phone call with the mediator and it was agreed that it would be in the best interest of the Parties to postpone the mediation until November 12, 2015, to allow Plaintiff time to submit, and for Defendant to review, a loan modification application and/or other foreclosure alternative application;

WHEREAS, the Parties agree that it is in their best interests to determine Plaintiff's eligibility for a loan modification or other alternative to foreclosure prior to mediating this matter, and therefore, the parties and mediator Gilda R.  Turitz agreed to continue the mediation to November 12, 2015, a date now scheduled by both the Parties and mediator, Ms. Turitz;

WHEREAS, to comply with the Court's order concerning the Mediation Completion Date, the Parties (with the support of assigned mediator Gilda R.  Turitz) request a further extension of time by which they must complete mediation to November 12, 2015;

WHEREAS, the Parties have engaged in written discovery and anticipate to complete deposition(s), which will then complete discovery;

WHEREAS, the Parties also agree that because an informal resolution of this matter may be reached at mediation, it is in the Parties best interest and it preserves judicial economy to extend the discovery related deadlines in this case;

WHEREAS, the Parties agree and represent that they are informed and believe that the requested extensions herein will not prejudice and/or effect all other dates ordered by the above entitled court in this matter,

## STIPULATION

IT IS THEREFORE STIPULATION AND AGREED, by and among the Parties, and subject to the approval of the Court, that:

1.  The mediation completion date in this matter be extended to November 12, 2015;

2.  The fact discovery cut-off be extended from November 6, 2015 to December 4, 2015;

3.  The date by which the Parties must exchange expert disclosures be extended from October 23, 2015 to December 7, 2015;

4.  The date by which the Parties must exchange rebuttal expert disclosures be extended from November 13, 2015 to December 28, 2015;

5.  Expert Discovery cut-off be extended from December 4, 2015 to January 18, 2015.

Respectfully Submitted,

DATED: September 28, 2015                    **MELLEN LAW FIRM**

                                             ___/s/ Sarah Shapero_____
                                             Sarah Shapero
                                             Attorneys for Plaintiff
                                             Linda Gatson

DATED: September 28, 2015                    **HOUSER & ALLISON**

                                             ___/s/ Jason K. Boss_____
                                             Jason K. Boss
                                             Attorneys for Defendant
                                             Ocwen Loan Servicing, LLC

1

2

3

## **PROPOSED ORDER**

4     Having reviewed the above stipulation of the Parties and good cause appearing therefore, IT

5  IS SO ORDERED.

6          1.   The mediation completion date is November 12, 2015;

7          2.   The fact discovery cut-off is December 4, 2015;

8          3.   The date by which the Parties must exchange expert disclosures is December 7,

9              2015;

10

11          4.    The date by which the Parties must exchange rebuttal expert disclosures is

12              December 28, 2015;

13          5.   Expert Discovery cut-off is January 18, 2015.

14

15  DATED: September 29, 2015                    _____

16                                          Hon. Jon S. Tigar
                                            United States District Court Judge
17

18

19

20

21

22

23

24

25

26

27

28