United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA GATSON,<br><br>        Plaintiff,<br><br>    v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>        Defendant. | Case No. 14-cv-04161-JST<br><br>**ORDER EXTENDING MEDIATION DEADLINE**<br><br>Re: ECF No. 34 |

Having reviewed the parties' joint stipulation, ECF No. 34, and good cause appearing, the Court will extend the mediation completion deadline to December 18, 2015. The parties' remaining requests to extend case deadlines are denied, and those deadlines shall remain as currently set.

IT IS SO ORDERED.

Dated: November 2, 2015

_____
JON S. TIGAR
United States District Judge