UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA GATSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　　Defendant. | Case No. 14-cv-04161-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF Nos. 36, 37 |

　　　　On January 14, 2016, the parties filed a notice of settlement. ECF No. 36. On February 24, 2016, the parties filed a Stipulation Re: Conditional Dismissal with Prejudice or Continuance of Trial Related Deadlines. ECF No. 37. Accordingly, all deadlines and hearings in this case are vacated. By April 15, 2016, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

　　　　The Court also hereby sets a case management conference on April 20, 2016, which will be automatically vacated if the stipulation of dismissal is timely filed. Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

　　　　IT IS SO ORDERED.

Dated:  February 25, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge