UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA GATSON,<br>　　　　Plaintiff,<br>　　v.<br>OCWEN LOAN SERVICING, LLC,<br>　　　　Defendant. | Case No. 14-cv-04161-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 39 |

　　　The parties have filed a stipulation of dismissal dated March 4, 2016. ECF No. 39. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　This case has been dismissed with prejudice. The Clerk shall close the file.

　　　IT IS SO ORDERED.

Dated: March 4, 2016

_____
JON S. TIGAR
United States District Judge